HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOBILIZATION FUNDING, LLC, a South Carolina limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HALVORSON CONSTRUCTION GROUP, LLC, a Washington limited liability company; and CEC ELECTRICAL CONTRACTING, LLC, a Washington limited liability company,<br><br>Defendants. | NO. 2:18-CV-01412-RAJ<br><br><br><br><br><br>ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT HALVORSON CONSTRUCTION GROUP, LLC |
| HALVORSON CONSTRUCTION GROUP, LLC, a Washington limited liability company,<br><br>Third Party Plaintiff,<br><br>v.<br><br>JOHN and JANE DOE CHASE, individually and the marital community comprised thereof,<br><br>Third Party Defendants. | |

This matter comes before the Court on Plaintiff's Amended Motion for Default

ORDER – 1

Judgment.  Dkt. # 42.  On September 14, 2021, the Court denied Plaintiff's motion for default judgment without prejudice for refiling within 30 days.  Dkt. # 41.  Although the Court found good cause to grant Plaintiff's motion, Plaintiff failed to provide sufficient evidence to support its calculation of $911,348.36 in requested damages.  Dkt. # 41 at 6-9.  Pursuant to the Federal Rules of Civil Procedure, a plaintiff seeking default judgment must submit evidence supporting the claims for a particular sum of damages.  *See* Fed. R. Civ. P. 55(b)(2)(B); *Dr. JKL Ltd. v. HPC IT Educ. Ctr.*, 749 F. Supp. 2d 1038, 1046 (N.D. Cal. 2010) (holding that "[a] plaintiff must . . . prove all damages sought in the complaint").

Plaintiff has timely refiled its motion with a supplemental declaration providing evidence supporting the calculation of damages.  Dkt. ## 42-43.  The Court reincorporates its analysis and findings from its prior order, Dkt. # 41, here.  Having reviewed the supplemental declaration and finding sufficient evidence supporting the sum of damages requested, the Court **GRANTS** Plaintiff's amended motion for default judgment, Dkt. # 42, and **ORDERS** that judgment is entered against Defendant Halvorson Construction Group, LLC for damages in the amount of $911,348.36.  Plaintiff is entitled to prejudgment interest calculated from July 3, 2018 to the date of entry of judgment at the appropriate statutory rate.  The Court directs Plaintiff to submit its calculation of the prejudgment interest within seven (7) days of the date of this Order.

Dated this 28th day of September, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2